Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Bodine, Perskie, Porter, Colie, Dear, Wells, Wolfs-Keil, Rafferty, Hague, Thompson, JJ. 13.

*For reversal*—None.

## NU BETA OF PHI GAMMA DELTA, RESPONDENT, v. CITY OF NEW BRUNSWICK ET AL., APPELLANTS.

Argued May 21, 1941—Decided September 19, 1941.

For the respondent, *M. Harold Higgins*.

For the appellants, *Paul W. Ewing*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Bodine, Perskie, Porter, Colie, Dear, Wells, Wolfs-Keil, Rafferty, Hague, Thompson, JJ. 13.

*For reversal*—None.